Breck E. Milde (State Bar No. 122437)
bmilde@terralaw.com
Eric T. Hartnett (State Bar No. 234765)
ehartnett@terralaw.com
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

Attorneys for Plaintiff
Newland North America Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWLAND NORTH AMERICA FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> H.P. SKOLNICK, INC. d/b/a IMPERIAL FROZEN FOODS, HENRY PETER SKOLNICK, individually, <br><br> Defendants. | Case No. CV13-0934 <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |

Plaintiff Newland North America Foods, Inc. hereby dismisses, *with prejudice*, all claims stated in the instant action against Defendants H.P. Skolnick, Inc. d/b/a Imperial Frozen Foods and Henry Peter Skolnick, individually.

Dated: March 12, 2013

Respectfully submitted,

TERRA LAW LLP

By: /s/ Eric T. Hartnett
Eric T. Hartnett
Attorneys for Plaintiff
Newland North America Foods, Inc.

TERRA LAW LLP
177 Park Ave., 3rd Floor
San Jose, California 95113
Tel: 408/299-1200
Fax: 408/998-4895
Email: ehartnett@terra-law.com

1175345

1

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**

| | |
|---|---|
| 1 | Co-Counsel: |
| 2 | Scott E. Hillison, Esq. |
| 3 | (Admitted Pro Hac Vice) KEATON LAW FIRM, P.C. |
| 4 | 707 Lake Cook Road, Suite 300 Deerfield, Illinois 60015 |
| 5 | Tel:   847/934-6500 Fax:  847/934-6508 |
| 6 | Email: hillison@pacatrust.com Counsel for the Plaintiff |

1175345

2

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**