1   Breck E. Milde (State Bar No. 122437)
    bmilde@terralaw.com
2   Eric T. Hartnett (State Bar No. 234765)
    ehartnett@terralaw.com
3   TERRA LAW LLP
    177 Park Avenue, Third Floor
4   San Jose, California 95113
    Telephone:  (408) 299-1200
5   Facsimile:  (408) 998-4895

6   Attorneys for Plaintiff
    Newland North America Foods, Inc.
7

**IT IS SO ORDERED**

Judge Edward J. Davila

3/15/2013

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
    NEWLAND NORTH AMERICA FOODS,                 Case No. CV13-0934 EJD
11  INC.,
                                                 **NOTICE OF DISMISSAL WITH**
12                       Plaintiff,              **PREJUDICE PURSUANT TO FRCP 41**

13          vs.

14  H.P. SKOLNICK, INC. d/b/a IMPERIAL
    FROZEN FOODS, HENRY PETER
15  SKOLNICK, individually,

16                       Defendants.

17          Plaintiff Newland North America Foods, Inc. hereby dismisses, *with prejudice*, all claims

18  stated in the instant action against Defendants H.P. Skolnick, Inc. d/b/a Imperial Frozen Foods and

19  Henry Peter Skolnick, individually.  The Clerk shall close this file.

20  Dated: March 12, 2013                        Respectfully submitted,

21                                               TERRA LAW LLP

22

23                                               By:___/s/ Eric T. Hartnett_____
                                                    Eric T. Hartnett
24                                                  Attorneys for Plaintiff
                                                    Newland North America Foods, Inc.
25
                                                 TERRA LAW LLP
26                                               177 Park Ave., 3rd Floor
                                                 San Jose, California 95113
27                                               Tel: 408/299-1200
                                                 Fax: 408/998-4895
28                                               Email: ehartnett@terra-law.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Co-Counsel:

Scott E. Hillison, Esq.
(Admitted Pro Hac Vice)
KEATON LAW FIRM, P.C.
707 Lake Cook Road, Suite 300
Deerfield, Illinois 60015
Tel:     847/934-6500
Fax:     847/934-6508
Email: hillison@pacatrust.com
Counsel for the Plaintiff

NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41